Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  18–26319–ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Myles E. Coleman
   fdba 2nd chance LLC
   210 Wellington Ave
   Pleasantville, NJ 08232

Social Security No.:
   xxx–xx–6977

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/20/20.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: March 20, 2020
JAN: bc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-26319-ABA
Myles E. Coleman                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 2          Date Rcvd: Mar 20, 2020
                             Form ID: 148          Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2020.
db            +Myles E. Coleman,   210 Wellington Ave,   Pleasantville, NJ 08232-1329
517818050     +Bria Foster,   6 Whirlaway Dr,   Bear, DE 19701-3312
517701942     +Bria Foster,   C/O Atlantic county probation,   1201 Bacharach Blvd,
               Atlantic City, NJ 08401-4510
517701943     +Caine & Weiner,   9960 Corp Campus Drive,   Louisville, KY 40223-4098
517701946     +First Data Merchant Services Corporation,   P.O. Box 407092,   First Data Leasing Solutions,
               Ft. Lauderdale, FL 33340-7092
517701950     +Kivitz Mckeever Lee, P.C.,   701 Market Street, Ste 5000,   Mellon Independence Center,
               Philadelphia, PA 19106-1541
517778371     +MIDFIRST BANK,   KML Law Group, P.C.,   216 Haddon Avenue, Ste. 406,   Westmont, NJ 08108-2812
517832277     +MidFirst Bank,   999 NorthWest Grand Boulevard,   Oklahoma City, OK 73118-6051
517701951      Midland Mortgage,   Po Box 5025,   Oklahoma City, OK 73126
517701952      Office Of Attorney General,   25 Market Street, PO Box 112,   Richard J Hughes Justice Complex,
               Trenton, NJ 08625-0112
517701953     +Pleasantville Tax Collector,   18 N 1st St,   Pleasantville, NJ 08232-2647
517701954      Progress Garden State Ins Co,   Po Box 55126,   Payment Processing Center - 27,
               Boston, MA 02205-5126
517701955     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
               TRENTON NJ 08646-0245
               (address filed with court:  State Of New Jersey,   P.O. Box 245,
               Dept Of Treasury-Division Of Taxation,   Trenton, NJ 08695-0245)
517701957      Us Deparment Of Education,   P.O. Box 4169,   National Payment Center,
               Greenville, TX 75403-4169


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 20 2020 23:22:11     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 20 2020 23:22:08     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517701944      EDI: COMCASTCBLCENT Mar 21 2020 02:43:00     Comcast,   PO Box 3006,
               Southeastern, PA 19398-3006
517701945     +E-mail/Text: bknotice@ercbpo.com Mar 20 2020 23:22:16     Enhance Recovery Company,
               8014 Bayberry Road,   Jacksonville, FL 32256-7412
517701949     +EDI: IRS.COM Mar 21 2020 02:43:00     IRS,   1601 Market St,   Philadelphia, PA 19103-2301
517717572     +EDI: STF1.COM Mar 21 2020 02:43:00     SunTrust Bank,   Attn: Support Services,   PO Box 85092,
               Richmond, VA 23285-5092
517701956      E-mail/Text: bankruptcymortgage@suntrust.com Mar 20 2020 23:21:49     Suntrust Bank,
               P.O. Box 305053,   Nashville, NJ 37230-5053
517986064      EDI: ECMC.COM Mar 21 2020 02:43:00     US Department of Education,   PO Box 16448,
               St Paul MN 55116-0448
517791881      EDI: WFFC.COM Mar 21 2020 02:43:00     Wells Fargo Bank, N.A.,   Wells Fargo Card Services,
               PO Box 10438, MAC F8235-02F,   Des Moines, IA 50306-0438
517701958      EDI: WFFC.COM Mar 21 2020 02:43:00     Wells Fargo Card Service,   PO Box 14517,
               Des Moines, IA 50306-3517
                                                                                        TOTAL: 10


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518647057      FEDERAL NATIONAL MORTGAGE ASSOCIATION
517701947*     IRS,   PO Box 744,   Springfield, NJ 07081-0744
517701948*     IRS,   PO Box 725,   Special Procedures Function,   Springfield, NJ 07081
517732947*     IRS,   P.O. Box 7346,   Philadelhia PA 19101-7346
                                                                          TOTALS: 1, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2020                                    Signature:  /s/Joseph Speetjens

District/off: 0312-1        User: admin          Page 2 of 2          Date Rcvd: Mar 20, 2020
                           Form ID: 148          Total Noticed: 24

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2020 at the address(es) listed below:

          Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
          Seymour  Wasserstrum    on behalf of Debtor Myles E. Coleman mylawyer7@aol.com,  ecf@seymourlaw.net
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                              TOTAL: 6